## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UGI SUNBURY, LLC,

      Plaintiff.

      v.

A PERMANENT EASEMENT FOR
0.0933 ACRES IN MONROE
TOWNSHIP, SNYDER COUNTY,
PENNSYLVANIA TAX PARCELS
NOS. 12-08-070 AND 12-08-016

ZDENEK A. TUSEK

ALENA M. TUSEK

and ALL UNKNOWN OWNERS,

      Defendants.

No. 3:16-CV-00790

(Judge Brann)

## ORDER

### APRIL 24, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED** that:

1. Plaintiff's Motion to Exclude Defendant's Expert Report and Witness, ECF

   No. 59, is **DENIED**.

2. Defendant's Motion to Exclude Plaintiff's Expert Witness, ECF No. 63, is

   **DENIED**.

3. Defendant's Motion to Exclude Plaintiff's Lay Witnesses and Evidence,

   ECF No. 65, is **DENIED**.

4.  Resolution of Defendant's Motion to Apply State Law, ECF No. 61, is

STAYED.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge